#

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TARVIS WILSON,
FDOC Inmate No. B01216,
    Plaintiff,

vs.                                               Case No.: 3:19cv3778/RV/EMT

NURSE C. NEELY, et al.,
    Defendants.
                                   /

## **ORDER**

      The chief magistrate judge issued a Report and Recommendation on February 9, 2022 (ECF No. 81). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed an objection (ECF No. 85), which I have reviewed *de novo*.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

      Accordingly, it is **ORDERED**:

      1.    The chief magistrate judge's Report and Recommendation (ECF No. 81) is adopted and incorporated by reference in this order.

\#

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious pursuant to 28 U.S.C. § 1915A(b)(1).

3. All pending motions are denied as moot.

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 7th day of March 2022.


/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**